I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL. POSTAGE PREPAID, TO ALL COUNSEL
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 5-3-13

DEPUTY CLERK

JS-6  Entered

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

ROBERT VAIZ MONTIJO,

              Petitioner,

    vs.

SUPERIOR COURT, COUNTY
OF SAN LUIS OBISPO,

              Respondent.

Case No.  CV 12-10319-VBF (RNB)

**J U D G M E N T**

      Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

DATED: 4/30/13

Valerie Baker Fairbank

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY - 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY